

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2020

No. 04-20-00168-CR

**IN RE** Amir **POWELL**

Original Mandamus Proceeding[1]

**ORDER**

On March 18, 2020, relator filed a pro se petition for writ of mandamus and an application for leave to file his petition. We deny as moot relator's request to file a petition for writ of mandamus. After considering the petition and because relator is represented by trial counsel, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on April 1, 2020.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2020.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019CR11442, styled *The State of Texas v. Amir Powell*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Kevin M. O'Connell presiding.